UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN GUZMAN,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC. d/b/a NEW ENGLAND<br>COMPOUNDING CENTER,<br><br>Defendant. | CIVIL ACTION<br>No. 12-cv-12208 (FDS) |

## PLAINTIFF'S 7.1 CERTIFICATION

In accordance with Local Rule 7.1(a)(2), I, James W. Stoll, do hereby certify that on December 12, 2012, I conferred with Defendant's counsel, Steven Stadtmauer of Harris Beach PLLC, regarding Plaintiff's Motion to Remand and that the parties were unable to reach an agreement on the issues raised therein.

Respectfully submitted,

**KATHLEEN GUZMAN**

By her attorneys,

/s/James W. Stoll
William R. Baldiga (BBO #542125)
wbaldiga@brownrudnick.com
James W. Stoll (BBO #544136)
jstoll@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
(617) 856-8200

                    David J. Molton
                    dmolton@brownrudnick.com
                    BROWN RUDNICK LLP
                    Seven Times Square
                    New York, NY  10036
                    (212) 209-4800

                    and

                    ANDREWS & THORNTON
                    Anne Andrews
                    aa@andrewsthornton.com
                    John Thornton
                    jct@andrewsthornton.com
                    2 Corporate Park, Suite 110
                    Irvine, CA  92606
Dated:  December 13, 2012   (949) 748-1000

## CERTIFICATE OF SERVICE

     I, James W. Stoll, hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                    /s/James W. Stoll
                    James W. Stoll

Dated:  December 13, 2012

60929993 v1