UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No.12-12052-FDS |

*This Document Relates To:*

| | | |
|---|---|---|
| KATHLEEN GUZMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: 1:12-cv-12208-FDS |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC. d/b/a | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO JANUARY 2, 2013 TO ANSWER THE PLAINTIFF'S COMPLAINT**

Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("Defendant") moves this Court for An Extension of Time to January 2, 2013 for Defendant to Answer the Plaintiff's Complaint.  The motion should be granted because an Defendant's Opposition to the Plaintiff's Motion to Remand is due by December 21, 2012, and it will be in the interest of judicial economy for the answer to be due after the remand issue has been decided.  Further, the Defendant requires additional time to answer the allegations and has acted in good faith.  Moreover, Plaintiff will not suffer any prejudice if the motion is granted, and the Plaintiff has assented to this motion.  In further support of the motion, the Defendant attaches a memorandum of law.

WHEREFORE, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center, requests that the Court grant its Assented-To Motion for An Extension of Time to January 2, 2013 to Answer the Plaintiff's Complaint.

34310902v1 2680

        Respectfully submitted,

        Defendant,
        New England Compounding Pharmacy, Inc.,
        By its Attorneys,

        */s/ Geoffrey M. Coan*
        Geoffrey M. Coan, BBO # 641998
        Daniel E. Tranen, BBO # 675240
        Hinshaw & Culbertson LLP
        28 State Street, 24th Floor
        Boston, MA 02109-1775

Date:   December 19, 2012        Tel: (617)213-7000 / Fax: (617)213-7001

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Garrett D. Lee, do hereby certify that I conferred with Plaintiff's counsel regarding Defendant's Assented-To Motion for an Extension of Time to January 2, 2013 to Answer the Plaintiffs' Complaint.

Dated:  December 19, 2012        */s/ Garrett D. Lee*
                                                Garrett D. Lee

**CERTIFICATE OF SERVICE**

      I, Geoffrey M. Coan, hereby certify that on this 19th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  */s/ Geoffrey M. Coan*
                                  Geoffrey M. Coan