## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 12-12208 (FDS)

| | |
|---|---|
| KATHLEEN GUZMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEW ENGLAND COMPOUNDING PHARMACY, | ) |
| INC. D/B/A NEW ENGLAND COMPOUNDING | ) |
| CENTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Plaintiff, Kathleen Guzman, in the above-captioned matter.

Respectfully submitted,
THE PLAINTIFF,
By her attorney,

 /s/ Daniel J. Murphy
Daniel J. Murphy (BBO No. 549073)
The Murphy Law Group, LLC
30 Massachusetts Avenue
North Andover, Massachusetts  01845
Tel: (978) 686-3200
Email: djm@mlgllc.com

Certificate of Service

I, Daniel J. Murphy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2013.

 /s/ Daniel J. Murphy
Daniel J. Murphy