# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN GUZMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC. d/b/a NEW ENGLAND<br>COMPOUNDING CENTER,<br><br>    Defendant. | CIVIL ACTION<br>No. 12-cv-12208 (FDS) |

## NOTICE OF WITHDRAWAL OF BROWN RUDNICK LLP

Please take notice that pursuant to Rule 83.5.2 of the Local Rules of the United States District Court for the District of Massachusetts, Brown Rudnick LLP hereby withdraws as counsel to Plaintiff Kathleen Guzman, in the above-captioned action. The Plaintiff shall continue to be represented by Anne Andrews of Andrews & Thornton and Daniel Murphy of The Murphy Law Group, LLC.

        Respectfully submitted,

/s/ James W. Stoll
William R. Baldiga (BBO #542125)
wbaldiga@brownrudnick.com
James W. Stoll (BBO #544136)
jstoll@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

David J. Molton
dmolton@brownrudnick.com
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

## CERTIFICATE OF SERVICE

    I, James W. Stoll, hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/James W. Stoll
        James W. Stoll

Dated: January 9, 2013

60959051